### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### LEWIS T. BABCOCK, JUDGE

Criminal Case No.  10-cr-00589-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     THOMAS STEFAN KUSNIERZ,

       Defendant.

_____

### MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


     This will confirm that a status/scheduling hearing regarding Defendant Kusnierz is set **January 20, 2011 at 10:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.


Dated:  December 17, 2010