**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 10-cr-00589-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     THOMAS STEFAN KUSNIERZ,

        Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that, pursuant to Defendant's Notice of Disposition (Doc 20) filed January 21, 2011, a change of plea hearing regarding Defendant Kusnierz is set **Thursday, March 3, 2011 at 10:30 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.

Dated:  January 24, 2011