**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  10-cr-00589-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    THOMAS STEFAN KUSNIERZ,

        Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that, pursuant to oral request of counsel, the change of plea hearing regarding Defendant Kusnierz set **Thursday, March 3, 2011 is VACATED and RESET for Tuesday, March 1, 2011 at 10:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.

Dated:  February 23, 2011