**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  10-cr-00589-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    THOMAS STEFAN KUSNIERZ,

       Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that the sentencing hearing regarding Defendant Kusnierz is set **Friday, June 3, 2011 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.

Dated:  March 2, 2011
_____