# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Honorable Lewis T. Babcock

Criminal Case No.  1:10-cr-00589-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    THOMAS STEFAN KUSNIERZ,

    Defendant.

---

## ORDER GRANTING MOTION TO DISMISS COUNTS TWO, THREE AND FOUR OF THE INDICTMENT

---

Upon the motion of the United States of America, and for good cause shown, it is

ORDERED that Counts Two, Three and Four of the Indictment in this matter are dismissed against defendant Thomas Stefan Kusnierz.

Date:    June 3  , 2011.

                        BY THE COURT:

                        s/Lewis T. Babcock
                        JUDGE LEWIS T. BABCOCK
                        UNITED STATES DISTRICT COURT
                        DISTRICT OF COLORADO